2 So.3d 1123 (2009)
Benjee NICOLAS, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-3170.
District Court of Appeal of Florida, Third District.
February 25, 2009.
*1124 Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Rolando A. Soler, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and RAMIREZ and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Chavez v. State, 832 So.2d 730, 747 (Fla.2002).